AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) Case: 1:24-mj-00202 |
| NICHOLAS TRAINA | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 6/18/2024 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* NICHOLAS TRAINA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(C) - Entering and Remaining in Certain Rooms in the Capitol Building,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building or Grounds.

Date: 06/18/2024

2024.06.18 16:36:07 -04'00'
*Issuing officer's signature*

City and state: Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* June 18, 2024, and the person was arrested on *(date)* June 20, 2024
at *(city and state)* Hamilton, NJ.

Date: June 20, 2024

*Arresting officer's signature*

Adam Kohl, Special Agent
*Printed name and title*