AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>NICHOLAS TRAINA<br><br>―――――――――――――――――<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:24-mj-00202
Assigned to: Judge Meriweather, Robin M.
Assign Date: 6/18/2024
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                              NICHOLAS TRAINA                              ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment          ❑ Superseding Indictment          ❑ Information          ❑ Superseding Information          ☒ Complaint

❑ Probation Violation Petition          ❑ Supervised Release Violation Petition          ❑ Violation Notice          ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(C) - Entering and Remaining in Certain Rooms in the Capitol Building,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building or Grounds.

Date:          06/18/2024

2024.06.18
16:36:07 -04'00'
*Issuing officer's signature*

City and state:          Washington, D.C.          Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)*          June 18, 2024          , and the person was arrested on *(date)*          June 20, 2024
at *(city and state)*          Hamilton, NJ          .

Date:          June 20, 2024

*Arresting officer's signature*

Adam Kohl, Special Agent
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
<u>**MINUTES OF PROCEEDINGS**</u>

**OFFICE: TRENTON**                                                          <u>**June 20, 2024**</u>
**MAGISTRATE JUDGE: DAY**                                        **DATE OF PROCEEDINGS**
**COURT REPORTER: DIGITALLY RECORDED**


**TITLE OF CASE**:                                                          **24-mj-5023 (JBD)**

UNITED STATES OF AMERICA,
     V.
NICHOLAS TRAINA
        DEFENDANT PRESENT

**APPEARANCES:**

Eric Boden, AUSA for Government
Saverio Viggiano, AFPD for Defendant
Todd Jones, Pretrial Services Officer

**NATURE OF PROCEEDING:** Rule 5 Initial appearance

Rule 5 Initial appearance held.
Defendant advised of his rights, charges, and penalties.
Hearing on application by defendant for appointment of counsel.
Financial affidavit executed and filed.
Ordered application granted.
Ordered Saverio Viggiano, AFPD appointed as counsel.
Defendant waives right to identity hearing.
Defendant waives right to preliminary hearing at this time.
Waiver of Rule 5 & 5.1 hearing executed.
Defendant advised of Rule 5 rights.
All parties consent to pretrial release.
**Ordered bail set at** $100,000 unsecured bond.
Order Setting Conditions of Release to follow.
Brady Order to be entered.
Ordered defendant to appear in the District of Columbia on July 2nd at 12:30pm via Zoom.


TIME COMMENCED:    1:43 p.m.
TIME ADJOURNED:    1:58 p.m.                    s/Christopher Yoos
TOTAL TIME: 15 MINUTES                              Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA<br>       *Plaintiff*<br><br>    v.<br><br>NICHOLAS TRAINA<br>       *Defendant* | Case No.   24-mj-5023 (JBD) |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court,

and the defendant not having waived the appointment of counsel,

It is on this ___20th___ day of __JUNE_____, 2024,

ORDERED that _____Saverio Viggiano_____from the office of the Federal Public

Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until

further order of the Court.

_____
United States Magistrate Judge

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
District of New Jersey          ☑

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No. | |
| | ) | | |
| | ) | | |
| Nicholas Traina | ) | Charging District's Case No. | |
| *Defendant* | ) | | |

**RECEIVED**

**JUN 20 2024**

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Columbia

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒     an identity hearing and production of the warrant.

☒     a preliminary hearing.

☐     a detention hearing.

☑     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
☒ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  6/20/24

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Saverio A. Viggiano
*Printed name of defendant's attorney*

UNITED STATES DISTRICT COURT
for the District of New Jersey

United States of America

v.

NICHOLAS TRAINA
_____
Defendant

**ORDER SETTING
CONDITIONS OF RELEASE**

Case Number: 24-mj-5023 (JBD)

IT IS ORDERED on this __20th__ day of ___JUNE___ , 2024 that the release of the defendant is subject to the following conditions:

(1) The defendant must not violate any federal, state or local law while on release.
(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
(3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change of address and/or telephone number.
(4) The defendant must appear in court as required and must surrender to serve any sentence imposed.

**Release on Bond**

Bail be fixed at $____100,000.00____ and the defendant shall be released upon:

(x) Executing an unsecured appearance bond ( ) with co-signor(s) _____;
( ) Executing a secured appearance bond ( ) with co-signor(s)_____, and ( ) depositing in cash in the registry of the Court _____% of the bail fixed; and/or ( ) execute an agreement to forfeit designated property located at _____. Local Criminal Rule 46.1(d)(3) waived/not waived by the Court.
( ) Executing an appearance bond with approved sureties, or the deposit of cash in the full amount of the bail in lieu thereof;

**Additional Conditions of Release**

Upon finding that release by the above methods will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, it is further ordered that the release of the defendant is subject to the condition(s) listed below:

IT IS FURTHER ORDERED that, in addition to the above, the following conditions are imposed:

(x) Report to Pretrial Services ("PTS") as directed and advise them immediately of any contact with law enforcement personnel, including but not limited to, any arrest, questioning or traffic stop.
( ) The defendant shall not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with any witness, victim, or informant; not retaliate against any witness, victim or informant in this case.
( ) The defendant shall be released into the third party custody of _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Custodian Signature: _____   Date: _____

(x  ) The defendant's travel is restricted to (  ) New Jersey  ( x ) Other Continental US unless otherwise approved by the court
_____ (  ) unless approved by Pretrial Services (PTS).

(x  ) Surrender all passports and travel documents to PTS. Do not apply for new travel documents.

(x  ) Substance abuse testing and/or treatment as directed by PTS. Refrain from obstructing or tampering with substance abuse testing procedures/equipment.

(x  ) Refrain from possessing a firearm, destructive device, or other dangerous weapons.  All firearms in any home in which the defendant resides shall be removed by the defendant ____ and verification provided to PTS.

(x  ) Mental health testing/treatment as directed by PTS.

(  ) Abstain from the use of alcohol.

(  ) Maintain current residence or a residence approved by PTS.

(x  ) Maintain or actively seek employment and/or commence an education program.

(  ) No contact with minors unless in the presence of a parent or guardian who is aware of the present offense.

(  ) Have no contact with the following individuals: _____

(  ) Defendant is to participate in one of the following home confinement program components and abide by all the requirements of the program which (  ) will or (  ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

    (  )  (i)  Curfew.  You are restricted to your residence every day (  ) from _____ to _____, or (  ) as directed by the pretrial services office or supervising officer; or

    (  )  (ii)  Home Detention.  You are restricted to your residence at all times except for the following: education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer.  Additionally, employment (  ) is permitted  (  ) is not permitted.

    (  )  (iii)  Home Incarceration.  You are restricted to your residence under 24 hour lock-down except for medical necessities and court appearances, or other activities specifically approved by the court.

(  ) Defendant is subject to the following computer/internet restrictions which may include manual inspection and/or the installation of computer monitoring software, as deemed appropriate by Pretrial Services.  The defendant shall pay all or part of the cost of the monitoring software based upon their ability to pay, as determined by the pretrial services office or supervising officer.

    (  )  (i)  No Computers - defendant is prohibited from possession and/or use of computers or connected devices.

    (  )  (ii)  Computer - No Internet Access: defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc);

    (  )  (iii)  Computer With Internet Access: defendant is permitted use of computers or connected devices, and is permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc.) for legitimate and necessary purposes pre-approved by Pretrial Services at [ ] home [ ] for employment purposes.

    (  )  (iv)  Consent of Other Residents -by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third party custodian approved by Pretrial Services, and subject to inspection for compliance by Pretrial Services.

(x) Other:  The defendant is prohibited from DC, unless for Court, Pretrial or consultation with his attorney
_____

(x) Other:  All firearms in any home in which the defendant resides shall be removed, in compliance with New Jersey state law, within 72 hours and verification provided to Pretrial Services.
_____

(x) Other:  The defendant shall also surrender all firearm purchaser's Identification cards and permits to Pretrial Services
_____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

 (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

 (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

 (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

 (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

Sayreville , NJ
_____
City and State

### Directions to the United States Marshal

(X) The defendant is ORDERED released after processing.

( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 6/20/2024

_____
*Judicial Officer's Signature*

J. Brendan Day, U.S.M.J.
_____
*Printed Name and Title*

DNJ-CR-011   (3/2010) Appearance Bond

# UNITED STATES DISTRICT COURT

For the _____ District of _____ NEW JERSEY _____

UNITED STATES OF AMERICA
V.

**APPEARANCE BOND**

NICHOLAS TRAINA
Defendant

Case Number:   24-mj-5023 (JBD)

Non-surety:  I, the undersigned defendant acknowledge that I and my . . .
Surety:  We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __100,000__  UNSECURED

The conditions of this bond are that the defendant _____ NICHOLAS TRAINA _____
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred.  The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith.  Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on ___6/20/24___ at ___Trenton___, New Jersey _____
                          Date                              Place

Defendant ___NICHOLAS TRAINA___   Address ___Sayreville, NJ___
                                                   (City & State Only)
Surety _____   Address _____
                                                   (City & State Only)
Surety _____   Address _____
                                                   (City & State Only)

Signed and acknowledged before me on _____
                                        Date

                                        _____ CLERK _____
                                        Christopher Yoos
Approved _____             Deputy Clerk
          Judicial Officer

# U.S. District Court
## District of New Jersey [LIVE] (Trenton)
## CRIMINAL DOCKET FOR CASE #: 3:24-mj-05023-JBD All Defendants
## Internal Use Only

Case title: USA v. TRAINA                                    Date Filed: 06/20/2024

Other court case number: 1:24-mj-00202 District of Columbia

---

Assigned to: Magistrate Judge J. Brendan
Day

**Defendant (1)**

**NICHOLAS TRAINA**            represented by   **SAVERIO A. VIGGIANO**
FEDERAL PUBLIC DEFENDER
1002 BROAD ST
NEWARK, NJ 07102
973-368-6446
Email: saverio_viggiano@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**                              **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                           **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                  **Disposition**
18 U.S.C. § 1752(a)(1) - Entering and
Remaining in a Restricted Building or
Grounds, 18 U.S.C. § 1752(a)(2) -
Disorderly and Disruptive Conduct in a
Restricted Building or Grounds, 40 U.S.C.
§ 5104(e)(2)(C) - Entering and Remaining

in Certain Rooms in the Capitol Building,
40 U.S.C. § 5104(e)(2)(D) - Disorderly
Conduct in a Capitol Building or Grounds,
40 U.S.C. § 5104(e)(2)(G) - Parading,
Demonstrating, or Picketing in a Capitol
Building or Grounds.

---

**Plaintiff**

**USA**                                   represented by **ERIC ALWIN BODEN**
                                          UNITED STATES ATTORNEY'S
                                          OFFICE FOR THE DISTRICT OF NEW
                                          402 E STATE ST #430
                                          TRENTON, NJ 08608
                                          609-989-0564
                                          Email: eric.boden@usdoj.gov
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*
                                          *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2024 | 🔒 1 | *SEALED* Rule 5 Documents Received as to NICHOLAS TRAINA. (cry) (Entered: 06/20/2024) |
| 06/20/2024 | | Arrest (Rule 5) of NICHOLAS TRAINA. (cry) (Entered: 06/20/2024) |
| 06/20/2024 | 2 | Minute Entry for proceedings held before Magistrate Judge J. Brendan Day:Initial Appearance in Rule 5 Proceedings as to NICHOLAS TRAINA held on 6/20/2024. All parties consent to pretrial release. Ordered bail set at $100,000 unsecured bond. Order Setting Conditions of Release to follow. (cry) (Entered: 06/20/2024) |
| 06/20/2024 | 🔒 3 | (Court only) CJA 23 Financial Affidavit by NICHOLAS TRAINA. (cry) (Entered: 06/20/2024) |
| 06/20/2024 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to NICHOLAS TRAINA. Signed by Magistrate Judge J. Brendan Day on 6/20/2024. (cry) (Entered: 06/20/2024) |
| 06/20/2024 | 5 | WAIVER of Rule 5 Hearings by NICHOLAS TRAINA. (cry) (Entered: 06/20/2024) |
| 06/20/2024 | 6 | Non-Surety Bond Entered as to NICHOLAS TRAINA in amount of $ 100,000. (cry) (Entered: 06/20/2024) |
| 06/20/2024 | 7 | ORDER Setting Conditions of Release as to NICHOLAS TRAINA (1) $100,000 unsecured (Finance notified). Signed by Magistrate Judge J. Brendan Day on 6/20/2024. (cry) (Entered: 06/20/2024) |
| 06/20/2024 | | Notice to the District of Columbia of a Rule 5 Initial Appearance as to NICHOLAS TRAINA. Your case number is: 24MJ00202. Docket sheet attached. You can obtain the original record by accessing CM/ECF through PACER. (If you require certified copies of any documents, please send a request to |

| | | InterdistrictTransfer_NJD@njd.uscourts.gov.) (Notice sent via email) (cry) (Entered: 06/20/2024) |
|---|---|---|